UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tricia Lynn Molls and Kurt Molls,<br><br>Plaintiff,<br><br>vs.<br><br>Mayo Clinic,<br><br>Defendant. | Civil No.: 25-CV-2800-DTS<br><br>**NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER** |

**PLEASE TAKE NOTICE THAT** a hearing will be held on August 27, 2026, at 9:00 a.m. before the Honorable David. T. Schultz, United States District Court Magistrate Judge for the District of Minnesota, Courtroom 9W, 300 South Fourth Street, Minneapolis, MN 55415, at which Defendant Mayo Clinic will move the court for a protective order, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, precluding Plaintiff Tricia Molls from (1) seeking testimony on all of the topics listed in her Amended Attachment A to Notice of Taking 30(b)(6) Deposition and (2) taking the depositions of Janee Klipfel, Deirdre Kolb, and Nicole Schueler.

Dated: July 23, 2026

DORSEY & WHITNEY LLP

By */s/Alan Iverson*

Andrew Brantingham (#0389952)
brantingham.andrew@dorsey.com
Alan Iverson (#0399747)
iverson.alan@dorsey.com
Luke Wetterstrom (#0403794)
wetterstrom.luke@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

*Attorneys for Defendant Mayo Clinic*