**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Tricia L. Molls and Kurt Molls,<br><br>Plaintiffs,<br><br>vs.<br><br>Mayo Clinic,<br><br>Defendant. | Civil No.: 25-CV-2800 (DTS)<br><br>**Plaintiff Tricia Molls' Motion to Compel Discovery** |

Plaintiffs, through their undersigned attorneys, hereby moves this Court, pursuant to Fed. R. Civ. P. 37 and Local Rule 37.1 to compel discovery of a thorough privilege log, discovery of documents regarding Mayo's investigation into and conclusions regarding Ms. Molls' catheter and air embolism, answers to interrogatories, and unqualified answers to requests for admission.

Specifically, Plaintiffs seek an Order from the Court compelling the following discovery:

1. Production of a privilege log detailing all documents Mayo is withholding on the basis of the peer review privilege with sufficient detail to determine the validity of the privilege claim.
2. Unqualified answers to Plaintiffs' Interrogatories 2, 4, 7, 8, 9, 10, 13, 17, and 23.

3. Production of documents responsive to Plaintiffs' Requests for Production of Documents 1, 3, 4, 5, 9, 10, 13, 15, 19, 20, 21, 26, 28, 29, and 30.

4. Unqualified admissions or denials to Plaintiffs' Requests for Admission 2, 3, 4, and 5.

Dated: August 6, 2026

**Ciresi Conlin LLP**

By: _/s/ Michael P. McBride_
Thomas J. Conlin (#139555)
Brandon E. Thompson (#349173)
Michael P. McBride (#397292)

225 South Sixth Street
Suite 4000
Minneapolis, MN 55402
(612) 361-8200
TJC@CiresiConlin.com
BET@CiresiConlin.com
MPM@CiresiConlin.com

**Attorneys for Tricia Molls**